# In The United States Court of Federal Claims

No. 12-214C

(Filed: April 3, 2012)

_____

SUPERIOR ELECTRIC HOLDING
GROUP, LLC,

                  Plaintiff,

v.

THE UNITED STATES,

                  Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Wednesday, April 4, 2012, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge