# 𝔍𝔫 𝔗𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔔𝔬𝔲𝔯𝔱 𝔬𝔣 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 𝔔𝔩𝔞𝔦𝔪𝔰

No. 12-214C

(Filed:  April 23, 2012)

_____

SUPERIOR ELECTRIC HOLDING  GROUP,
LLC,

                        Plaintiff,

            v.

THE UNITED STATES,

                        Defendant,

            and

WARD LEONARD ELECTRIC
COMPANY, INC.,

                Defendant-Intervenor.

_____

**ORDER**

_____


        On April 20, 2012, plaintiff filed a motion for a scheduling order.  That motion is hereby **GRANTED**.  Accordingly, the court adopts the following schedule:

1.      On or before April 30, 2012, defendant shall file the administrative record on CD-ROM, and shall effectuate service to all parties;

2.      On or before May 23, 2012, plaintiff shall file its motion for judgment on the administrative record;

3.      On or before June 6, 2012, defendant shall file its cross-motion for judgment on the administrative record and response to plaintiff's motion;

4.      On or before June 20, 2012, plaintiff shall file its reply to its motion and response to defendant's cross motion; and

5.      On or before July 6, 2012, defendant shall file its reply in support of its cross-motion.

**IT IS SO ORDERED.**


s/ Francis M. Allegra
Francis M. Allegra
Judge