# In The United States Court of Federal Claims

No. 12-214C

(Filed: April 23, 2012)
_____

SUPERIOR ELECTRIC HOLDING GROUP,
LLC,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant,

       and

WARD LEONARD ELECTRIC
COMPANY, INC.,

                Defendant-Intervenor.

_____

**ORDER**
_____

On April 20, 2012, plaintiff filed a motion for a scheduling order. That motion is hereby **GRANTED**. Accordingly, the court adopts the following schedule:

1. On or before April 30, 2012, defendant shall file the administrative record on CD-ROM, and shall effectuate service to all parties;

2. On or before May 23, 2012, plaintiff shall file its motion for judgment on the administrative record;

3. On or before June 6, 2012, defendant shall file its cross-motion for judgment on the administrative record and response to plaintiff's motion;

4. On or before June 20, 2012, plaintiff shall file its reply to its motion and response to defendant's cross motion; and

2

5.   On or before July 6, 2012, defendant shall file its reply in support of its cross-motion.

**IT IS SO ORDERED.**

                                                 s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge