# In The United States Court of Federal Claims

No. 12-214C

(Filed: June 7, 2012)
_____

SUPERIOR ELECTRIC HOLDING GROUP,
LLC,

                      Plaintiff,

                v.

THE UNITED STATES,

                      Defendant,

              and

WARD LEONARD ELECTRIC
COMPANY, INC.,

                      Defendant-Intervenor.
_____

**ORDER**
_____

On June 6, 2012, defendant-intervenor filed a motion to supplement the administrative record. On or before June 14, 2012, plaintiff and defendant shall file responses to that motion.

      **IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge