# In The United States Court of Federal Claims

No. 12-214C

(Filed: June 14, 2012)

_____

SUPERIOR ELECTRIC HOLDING GROUP,
LLC,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant,

    and

WARD LEONARD ELECTRIC
COMPANY, INC.,

                Defendant-Intervenor.

_____

**ORDER**

_____

      Oral argument on the parties' cross-motions for judgment on administrative record will be held in this case on Tuesday, August 7, 2012, at 10:00 a.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

      **IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge